# UNITED STATES DISTRICT COURT
# <u>SOUTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| EFG BANK AG, CAYMAN BRANCH and WELLS FARGO BANK, NATIONAL ASSOCIATION, as securities intermediary for EFG BANK AG, CAYMAN BRANCH,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.),<br><br>Defendant. | Civil Action No. 1:20-cv-04258-AKH |
| VICOF II TRUST; VIDA LONGEVITY FUND, LP; LIFE ASSETS TRUST II S.A. DELAWARE TRUST; VIDAQUANT SUBFUND DELAWARE TRUST; VIDA INSURANCE FUND II SERIES INTERESTS OF THE SALI MULTI-SERIES FUND, LP; WELLS FARGO BANK, NATIONAL ASSOCIATION, as securities intermediary for VICOF II TRUST, VIDA LONGEVITY FUND, LP, LIFE ASSETS TRUST II S.A. DELAWARE TRUST, VIDAQUANT SUBFUND DELAWARE TRUST, and VIDA INSURANCE FUND II SERIES INTERESTS OF THE SALI MULTI-SERIES FUND, LP; DLP MASTER TRUST; DLP MASTER TRUST II; GWG DLP MASTER TRUST; LIFE FUNDING TRUST; PF PARTICIPATION FUNDING TRUST; and PALM BEACH SETTLEMENT COMPANY,<br><br>        Plaintiffs,<br><br>    -against-<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.),<br><br>        Defendant. | Civil Action No. 1:20-cv-04256-AKH |

| | |
|---|---|
| VICOF II TRUST; VIDA LONGEVITY FUND, LP; WELLS FARGO BANK, NATIONAL ASSOCIATION, AS SECURITIES INTERMEDIARY FOR VICOF II TRUST AND VIDA LONGEVITY FUND, LP; AND PF PARTICIPATION FUNDING TRUST,<br><br>        Plaintiffs,<br><br>        v.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY OF NEW YORK,<br><br>        Defendant. | Civil Action No. 1:19-cv-11093 (AKH) |

### [PROPOSED] ORDER REGARDING MOTION TO FILE UNDER SEAL PORTIONS OF THE JOINT LETTER TO COURT REGARDING DISCOVERY DISPUTES DATED AUGUST 25, 2021 AND CERTAIN EXHIBITS

On August 30, 2021, pursuant to Rule 4.A and 4.B.ii of the Court's Individual Rules of Practice, Paragraph 10 of the Stipulated Confidentiality Agreement and Protective Order entered in *VICOF II Trust, et al. v. John Hancock Life Insurance Company of New York*, Case No. 1:19-cv-11093 (AKH) (ECF No. 34),[1] and applicable law, Plaintiffs EFG Bank AG, Cayman Branch ("EFG"), VICOF II Trust, Vida Longevity Fund, LP, Life Assets Trust II S.A. Delaware Trust, Vidaquant Sub-Fund Delaware Trust, and Vida Insurance Fund II Series Interests of the SALI Multi-Series Fund, LP (collectively, the "Vida Funds"), and DLP Master Trust, DLP Master

---

[1] Similar provisions are provided in the protective orders entered by the Central District Court of California in the other two cases.  *See* Stipulated Protective Orders, Paragraph 12.3, *VICOF II, et al. v. John Hancock Life Insurance Company (U.S.A.)*, Case No. 2:19-cv-10244-JAK-FFMx (ECF No. 25); Stipulated Protective Order, Paragraph 11.3, *EFG Bank AG, Cayman Branch, et al. v. John Hancock Life Insurance Company (U.S.A.)*, Case No. 2:19-cv-01696-JAK-FFMx (ECF No. 37).

Trust II, GWG DLP Master Trust, Life Funding Trust, PF Participation Funding Trust, and Palm Beach Settlement Company (collectively, "EAA Plaintiffs," and together with the Vida Funds, "Plaintiffs") moved the Court to authorize the sealed filing of Exhibits 8, 9, 15, and 16 to the parties' August 25, 2021 Joint Letter to the Court regarding discovery disputes ("Joint Letter") and the unredacted version of the Joint Letter containing references to Exhibits 8, 9, 15, and 16.

For the reasons set forth in Plaintiffs' motion and the Declaration of Ingo Wichelhaus and Declaration of John Hendrickson submitted in support thereof, Plaintiffs' motion to file under seal Exhibits 8, 9, 15, and 16 to the parties' August 25, 2021 Joint Letter and the unredacted version of the Joint Letter containing references to Exhibits 8, 9, 15, and 16 is GRANTED.

**IT IS SO ORDERED.**

Dated: September 14, 2021

/s/ Alvin K. Hellerstein
HON. ALVIN K. HELLERSTEIN
U.S. DISTRICT COURT JUDGE