**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EFG BANK AG, CAYMAN BRANCH; and WELLS FARGO BANK, NATIONAL ASSOCIATION, as securities intermediary for EFG BANK AG, CAYMAN BRANCH,<br><br>                        Plaintiffs,<br><br>v.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.),<br><br>                        Defendant. | Civil Action No. 1:20-cv-04258-AKH |

**ORDER REGARDING MOTION TO MAINTAIN UNDER
SEAL PORTIONS OF THE PARTIES' JOINT DISCOVERY LETTER AND
ATTACHED EXHIBITS CONTAINING COMMERCIALLY SENSITIVE
CONFIDENTIAL INFORMATION**

Pursuant to the October 22, 2019 Court-approved Stipulated Confidentiality Agreement and Protective Order, ECF No. 37 (the "Protective Order"), and Rule 4(B) of the Individual Rules of the Honorable Alvin K. Hellerstein, Defendant John Hancock Life Insurance Company of New York ("John Hancock") hereby moves to maintain under seal Exhibits A and 5 to the Parties' August 25, 2021 joint discovery letter and those portions of the joint discovery letter redacted in the copy of the joint discovery letter filed under seal as ECF No. 85.

For the reasons set forth in John Hancock's Motion and accompanying Memorandum of Law, John Hancock's motion to maintain under seal Exhibits A and 5 to the Parties' August 25, 2021 joint discovery letter and those portions of the letter that quote or paraphrase either of those exhibits, as reflected in the proposed redacted version of the joint discovery letter filed

under seal as ECF No. 85, is GRANTED.

**IT IS SO ORDERED.**

Dated: 9/14/21

/s/ Alvin K. Hellerstein
_____
THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE