UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                                   :

EFG BANK AG, CAYMAN BRANCH et al.,         :

                                                        : **ORDER**

                              Plaintiffs,    :

            v.                                         :       20 Civ. 4258 (AKH)

                                                              :

JOHN HANCOCK LIFE INSURANCE             :
COMPANY (U.S.A.) and JOHN HANCOCK LIFE  :
INSURANCE COMPANY OF NEW YORK,     :

                                                              :

                          Defendants.          :

                                                              :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The Clerk of Court is respectfully directed to terminate the open motions (ECF Nos. 110, 114).

        SO ORDERED.

Dated:       October 3, 2022                          /s/ Alvin K. Hellerstein
                New York, New York              ALVIN K. HELLERSTEIN
                                                         United States District Judge